IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | 8:12CV363 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL HEAVICAN, and | ) | |
| NEBRASKKK SUPREME | ) | |
| KKKOURT, | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on Petitioner's Notice of Appeal. (Filing No. 11.) Petitioner has not paid the appellate filing fee in this matter. (*See* Filing No. 13.) Petitioner has the choice to either tender the $455.00 appellate filing fee to the Clerk of the Court or submit a request to appeal in forma pauperis and an affidavit of poverty in support thereof. If Petitioner chooses to do the latter, the enclosed pauper's affidavit should be completed and returned to this court.

IT IS THEREFORE ORDERED that:

1. By June 14, 2013, Petitioner must either tender the appellate filing fee or file a request to appeal in forma pauperis and an affidavit of poverty in support thereof.

2. If Petitioner does not comply with this Memorandum and Order, the court will not process his appeal.

3. The Clerk of the Court shall send to Petitioner a copy of the Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis available on the court's website.

4. The Clerk of the Court is directed to set a pro se case management deadline in this case with the following text: June 14, 2013: deadline to submit IFP application or pay $455.00 filing fee.

DATED this 16th day of May, 2013.

BY THE COURT:

S/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.